UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HOLLY GILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| AMERICAN ECONOMY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

**D<small>EFENDANT</small> A<small>MERICAN</small> E<small>CONOMY</small> I<small>NSURANCE</small> C<small>OMPANY'S</small> N<small>OTICE OF</small> R<small>EMOVAL</small>**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Rule 81.1 of the Local Civil Rules of the United States District Court for the Northern District of Texas, Defendant American Economy Insurance Company files this Notice of Removal and shows:

**I.**
**F<small>ACTUAL AND</small> P<small>ROCEDURAL</small> B<small>ACKGROUND</small>**

1.  This is a dispute under an insurance policy issued by Defendant American Economy Insurance Company ("AEIC") to Plaintiff Holly Gill ("Plaintiff"). Plaintiff seeks payment under the subject policy for alleged water damage to her residential property. Plaintiff contends that she sustained actual damages to the Property of $71,599.66 and further contends that she is entitled to damages in the amount of $214,798.98. (Pl.'s February 21, 2023 Demand Letter, Ex. A at pg. 4).

2.  On May 8, 2023, Plaintiff filed this action, styled *Holly Gill v. American Economy Insurance Company*, DC-2023-CV-0561 in the 72nd District Court of Lubbock County, Texas. (Pl.'s Original Pet., Ex. B, Tab 2). Plaintiff served this action on AEIC on May 11, 2023.

## II.
## REMOVAL IS PROPER

3. This is a civil action subject to the Court's original jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is an action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

A. **COMPLETE DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES**

4. Plaintiff is an individual domiciled in Lubbock County, Texas. (Pl.'s Original Pet., Ex. B, Tab 2 at ¶ 2). An individual is a citizen of the state in which she is domiciled. *See Coury v. Prot*, 85 F.3d 244, 249 (5th Cir. 1996). Therefore, Plaintiff is a citizen of Texas.

5. AEIC is a corporation organized under the laws of Indiana with its principal place of business located in Boston, Massachusetts. A corporation is a citizen of the state in which it is incorporated and the state where it maintains its principal place of business. 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010). Therefore, for diversity purposes, AEIC is a citizen of both Indiana and Massachusetts. Thus, complete diversity exists.

6. Plaintiff and AEIC are citizens of different states and complete diversity exists.

B. **THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED**

7. Plaintiff seeks actual damages of $71,599.66 and total damages in the amount of $214,798.98. (Pl.'s February 21, 2023 Demand Letter, Ex. A at pp. 2, 4). Plaintiff seeks to recover actual damages, consequential damages, attorneys' fees, treble damages, statutory interest and exemplary damages. (Pl.'s Original Pet., Ex. B, Tab 2 at ¶ 58-67). Treble damages and attorneys' fees are included within the amount in controversy when a plaintiff is permitted to recover those damages and fees under applicable law. *See Quality Labels & Packaging, Inc. v. Wells Fargo Bank, N.A.*, No. 1:19CV210, 2019 U.S. Dist. LEXIS 113424, at *7 (M.D.N.C. July 9, 2019); *Galt G/S v.*

*JSS Scandinavia*, 142 F.3d 1150, 1155 (9th Cir. 1998). Although AEIC disputes liability and the claimed damages, it is evident from Plaintiff's demand and pleading that Plaintiff alleges claims for monetary relief that, if granted, would exceed $75,000.00, exclusive of interest and costs. Therefore, the amount in controversy requirement is satisfied. *See* 28 U.S.C. ¶ 1332(a).

C.     REMOVAL IS TIMELY AND ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED

8.     The action was filed in state court on May 8, 2023 and AEIC was served with process on May 11, 2023. This Notice of Removal is, therefore, timely filed within thirty days of service of Plaintiff's pleading on AEIC. *See* 28 U.S.C. § 1446(b).

9.     In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.1, copies of all process, pleadings and orders filed in the 72nd District Court of Lubbock County, Texas as of this date, and a copy of the state court's docket sheet, are contained in the Index of Documents Filed in State Court, which is attached as Exhibit B and filed with this Notice of Removal (Ex. B, Tabs 1-4).

10.     Contemporaneously with the filing of this Notice of Removal, AEIC is giving written notice of the removal to Plaintiff through her attorneys of record and to the clerk of the state court. *See* 28 U.S.C. § 1446(d).

11.     Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 81.1, removal of this action is proper. Venue is proper for removal to this District pursuant to 28 U.S.C. § 1441(a) because this District and Division embrace the place in which the state court action is pending.

### III.
### CONCLUSION

WHEREFORE, Defendant American Economy Insurance Company respectfully requests that this action now pending in the 72nd District Court of Lubbock County, Texas be removed to the United States District Court for the Northern District of Texas, Lubbock Division. AEIC further requests that this Court grant it any such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Omar Galicia*
Kieran W. Leary
Texas State Bar No. 24108517
kieranl@tbmmlaw.com
Omar Galicia
Texas State Bar No. 24012667
omarg@tbmmlaw.com
Michael A. Hewitt
Texas State Bar No. 24092510
michaelh@tbmmlaw.com

**TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP**
2811 McKinney Avenue, Suite 250
Dallas, TX 75204
(214) 665-0100 – Telephone
(214) 665-0199 – Facsimile

**ATTORNEYS FOR DEFENDANT AMERICAN ECONOMY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing document was electronically filed and duly served upon all parties entitled to receive notice via the Court's CM/ECF Court Filing System this 17th day of May 2023.

*/s/ Omar Galicia*
Omar Galicia