IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HOLLY GILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN ECONOMY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) Civil Action No. 5:23-CV-114-C |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal With Prejudice, filed October 26, 2023, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 30th day of October, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE